PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Michels, reported at 193 *N.J.Super.* 568, 579 (1983).

*For reversal*—Chief Justice WILENTZ, and Justices SCHREIBER, O'HERN and GARIBALDI—4.

*For affirmance*—Justices CLIFFORD, HANDLER and POLLOCK—3.

CLIFFORD, HANDLER, and POLLOCK, JJ., dissenting:

We would affirm the judgment of the Appellate Division substantially for the reasons expressed in the opinion of the majority of that court, reported at 193 *N.J.Super.* 568 (1983).

METROMEDIA, INC. v. DIRECTOR OF THE DIVISION
OF TAXATION.

March 28, 1983.

Petition for certification granted.  (See —— *N.J.* —— (1984))

TRUS JOIST CORPORATION AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA v.
TREETOP ASSOCIATES, INC.

November 28, 1983.

Petition for certification granted.  (See —— *N.J.* —— (1984))

TRUS JOIST CORPORATION AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA v.
TREETOP ASSOCIATES, INC.

November 28, 1983.

Cross-petition for certification granted.  (See —— *N.J.* —— (1984))